# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: FARRELL, GLEN R. | § | Case No. 14-33130 |
| FARRELL, DARLENE C. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 22, 2014.  The undersigned trustee was appointed on December 22, 2014.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of                    $            1,686.65

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an | |
|    interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 1,616.65 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/27/2015 and the deadline for filing governmental claims was 06/22/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $421.66.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $421.66, for a total compensation of $421.66.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.15, for total expenses of $31.15.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2015                By:/s/Jacqueline Sells Homann
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-33130
**Case Name:** FARRELL, GLEN R.
FARRELL, DARLENE C.
**Period Ending:** 08/21/15

**Trustee:** (340490) Jacqueline Sells Homann
**Filed (f) or Converted (c):** 12/22/14 (f)
**§341(a) Meeting Date:** 01/21/15
**Claims Bar Date:** 04/27/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2983 E State Road 16, Macy, IN 46951 | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2053 Shaw Ave, Peru, IN 46970 | 25,800.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #0310 Beacon Credit Union | 29.42 | 0.00 | | 0.00 | FA |
| 4 | Checking Acct #8990 Beacon Credit Union | 4.98 | 0.00 | | 0.00 | FA |
| 5 | Savngs Acct #4071 Beacon Credit Union | 16.60 | 0.00 | | 0.00 | FA |
| 6 | Computers, Desks, Camera, Air Conditioner, Couch | 3,500.00 | 0.00 | | 0.00 | FA |
| 7 | Books, CDs | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Firearms | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Farmer's Life Insurance cash surrender value of | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Farmer's Life Insurance cash surrender value $20 | 20.00 | 0.00 | | 0.00 | FA |
| 13 | Chrysler Group Retirement Plan | 5,522.38 | 0.00 | | 0.00 | FA |
| 14 | 2014 Tax Refund | 649.00 | 0.00 | | 0.00 | FA |
| 15 | 1966 Jeep CJ5 (not operational) | 300.00 | 0.00 | | 0.00 | FA |
| 16 | 2000 Dodge Ram (transmission problems, bad heate | 1,500.00 | 0.00 | | 0.00 | FA |
| 17 | 1992 GMC Sonoma | 900.00 | 0.00 | | 0.00 | FA |
| 18 | 13 dogs and 6 cats | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1950 Farmall Tractor (not operational) | 200.00 | 0.00 | | 0.00 | FA |
| 20 | 1996 John Deere Lawn Mower | 200.00 | 0.00 | | 0.00 | FA |
| 21 | FARMERS INSURANCE - Account Credit (u) NO EXEMPTION | 1,686.65 | 1,686.65 | | 1,686.65 | FA |
| **21** | **Assets** **Totals** (Excluding unknown values) | **$116,829.03** | **$1,686.65** | | **$1,686.65** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-33130 | **Trustee:**  (340490)  Jacqueline Sells Homann |
| **Case Name:**  FARRELL, GLEN R. | **Filed (f) or Converted (c):** 12/22/14 (f) |
|  FARRELL, DARLENE C. | **§341(a) Meeting Date:** 01/21/15 |
| **Period Ending:** 08/21/15 | **Claims Bar Date:** 04/27/15 |

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**  December 22, 2016 | **Current Projected Date Of Final Report (TFR):**  December 22, 2016 | |

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 14-33130 | |
| **Case Name:** | FARRELL, GLEN R. | |
| | FARRELL, DARLENE C. | |
| **Taxpayer ID #:** | **-***3359 | |
| **Period Ending:** | 08/21/15 | |

| | |
|---|---|
| **Trustee:** | Jacqueline Sells Homann (340490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8666 - Checking Account |
| **Blanket Bond:** | $57,318,324.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/15 | {21} | Farmers Insurance | Insurance credit | 1229-000 | 1,686.65 | | 1,686.65 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,676.65 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,666.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,656.65 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,646.65 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,636.65 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,626.65 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,616.65 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,686.65** | **70.00** | **$1,616.65** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,686.65** | **70.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,686.65** | **$70.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8666** | **1,686.65** | **70.00** | **1,616.65** |
| | **$1,686.65** | **$70.00** | **$1,616.65** |

{} Asset reference(s)

Printed: 08/21/15 02:49 PM

# Claims Distribution Register

Page: 1

## Case: 14-33130    FARRELL, GLEN R.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---------|------|-----|--------------------------------------|--------------|----------------|--------------|---------------|------------------|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/22/14 | 200 | Jacqueline Sells Homann<br>600 KeyBank Building<br>202 S. Michigan<br>South Bend, IN 46601<br><2200-00   Trustee Expenses><br>Approved per Court Order dated 8/11/15 | 31.15 | 31.15 | 0.00 | 31.15 | 31.15 |
| | 12/22/14 | 200 | Jacqueline Sells Homann<br>600 KeyBank Building<br>202 S. Michigan<br>South Bend, IN 46601<br><2100-00   Trustee Compensation><br>Approved per Court Order dated 8/11/15 | 421.66 | 421.66 | 0.00 | 421.66 | 421.66 |
| | | | **Total for Priority 200:    100% Paid** | **$452.81** | **$452.81** | **$0.00** | **$452.81** | **$452.81** |
| | | | **Total for Admin Ch. 7 Claims:** | **$452.81** | **$452.81** | **$0.00** | **$452.81** | **$452.81** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/27/15 | 610 | American InfoSource LP<br>Parkview Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><7100-00   General Unsecured § 726(a)(2)><br>3027 | 291.95 | 291.95 | 0.00 | 291.95 | 42.04 |
| 2 | 04/03/15 | 610 | Cavalry SPV I, LLC.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Ste 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)><br>8205 / Capital One | 5,459.27 | 5,459.27 | 0.00 | 5,459.27 | 786.01 |
| 3 | 04/03/15 | 610 | Cavalry SPV I, LLC.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Ste 200<br>Tucson, AZ 85712<br><7100-00   General Unsecured § 726(a)(2)><br>POC FILED IN WRONG CASE | 997.17 | 997.17 | 0.00 | 997.17 | 143.57 |
| 4 | 04/19/15 | 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)><br>2063 / GEMB / GECRB | 1,335.08 | 1,335.08 | 0.00 | 1,335.08 | 192.22 |
| | | | **Total for Priority 610:    14.39778% Paid** | **$8,083.47** | **$8,083.47** | **$0.00** | **$8,083.47** | **$1,163.84** |
| | | | **Total for Unsecured Claims:** | **$8,083.47** | **$8,083.47** | **$0.00** | **$8,083.47** | **$1,163.84** |
| | | | **Total for Case :** | **$8,536.28** | **$8,536.28** | **$0.00** | **$8,536.28** | **$1,616.65** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-33130
Case Name: FARRELL, GLEN R.
Trustee Name: Jacqueline Sells Homann

**Balance on hand:**                              $            1,616.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                         $            1,616.65

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - Jacqueline Sells Homann | 421.66 | 0.00 | 421.66 |
| Trustee, Expenses - Jacqueline Sells Homann | 31.15 | 0.00 | 31.15 |

Total to be paid for chapter 7 administration expenses:    $            452.81
Remaining balance:                                          $            1,163.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:                                             $            1,163.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for priority claims:    $            0.00
Remaining balance:                       $            1,163.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 8,083.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | 291.95 | 0.00 | 42.04 |
| 2 | Cavalry SPV I, LLC. | 5,459.27 | 0.00 | 786.01 |
| 3 | Cavalry SPV I, LLC. | 997.17 | 0.00 | 143.57 |
| 4 | Synchrony Bank | 1,335.08 | 0.00 | 192.22 |

Total to be paid for timely general unsecured claims: $ 1,163.84

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**